FILED

UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

FEB 27 2013

MATTHEW J. DYKMAN
CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | CRIMINAL NO. 13·571 |
| ) | |
| vs. ) | Count 1:  21 U.S.C. § 846: Conspiracy; |
| ) | |
| **IRA STOCKTON,** ) | Counts 2-5:  21 U.S.C. §§ 802(32), 813, |
| **NATHAN COCCIMIGLIO,** ) | 841(a)(1), and 841(b)(1)(C): Distribution of |
| **ADAM STOCKTON,** ) | Controlled Substance Analogues; 18 U.S.C. |
| **JAMES ROBERTSON,** ) | § 2: Aiding and Abetting. |
| **SCOTT CRAWFORD, and** ) | |
| **DERRICK BLACK,** ) | |
| ) | |
| Defendants. ) | |

INDICTMENT

The Grand Jury charges:

Count 1

Between in or about March 2011 and continuing to on or about May 17, 2012, in

Bernalillo County, in the District of New Mexico, and elsewhere, the Defendants, IRA

STOCKTON, NATHAN COCCIMIGLIO, ADAM STOCKTON, JAMES ROBERTSON,

SCOTT CRAWFORD, and DERRICK BLACK, did unlawfully, knowingly and intentionally

conspire and agree with other persons to commit the following offenses against the United

States, that is, distribution of a mixture and substance containing a detectable amount of:

(1) 1-(5-fluoropentyl)-3-(1-naphthoyl)indole (AM-2201), a controlled substance

analogue as defined in Title 21, United States Code, Section 802(32), with intent for

human consumption as provided in Title 21, United States Code, Section 813;

(2) 1-(5-fluoropentyl)-3-(2-iodobenzoyl)indole (AM-694), a controlled substance

analogue as defined in Title 21, United States Code, Section 802(32), with intent for human consumption as provided in Title 21, United States Code, Section 813;

(3) 1-pentyl-3-(2-methoxyphenylacetyl)indole (JWH-250), a controlled substance analogue as defined in Title 21, United States Code, Section 802(32), with intent for human consumption as provided in Title 21, United States Code, Section 813;

(4) 1-pentyl-3-(2,2,3,3-tetramethycyclopropoyl)indole (UR-144), a controlled substance analogue as defined in Title 21, United States Code, Section 802(32), with intent for human consumption as provided in Title 21, United States Code, Section 813; and

(5) 1-(5-fluoropentyl)-3-(2,2,3,3-tetramethycyclopropoyl)indole (5-Fluoro-UR-144), a controlled substance analogue as defined in Title 21, United States Code, Section 802(32), with intent for human consumption as provided in Title 21, United States Code, Section 813;

contrary to 21 U.S.C. §§ 841(a)(1) and (b)(l)(C).

In violation of 21 U.S.C. § 846.

## Count 2

On or about January 30, 2012, in Bernalillo County, in the District of New Mexico, the defendant, **ADAM STOCKTON,** unlawfully, knowingly and intentionally distributed a mixture and substance containing a detectable amount of 1-(5-fluoropentyl)-3-(1-naphthoyl)indole (AM-2201) and 1-(5-fluoropentyl)-3-(2-iodobenzoyl)indole (AM-694), Schedule I controlled substance analogues as defined in Title 21, United States Code, Section 802(32), intended for human consumption as provided in Title 21, United States Code, Section 813.

In violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C).

## Count 3

On or about February 16, 2012, in Bernalillo County, in the District of New Mexico, the defendants, **IRA STOCKTON and JAMES ROBERTSON,** unlawfully, knowingly and intentionally distributed a mixture and substance containing a detectable amount of 1-(5-fluoropentyl)-3-(1-naphthoyl)indole (AM-2201) and 1-(5-fluoropentyl)-3-(2-iodobenzoyl)indole (AM-694), Schedule I controlled substance analogues as defined in Title 21, United States Code, Section 802(32), intended for human consumption as provided in Title 21, United States Code, Section 813.

In violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C), and 18 U.S.C. § 2.

## Count 4

On or about March 16, 2012, in Bernalillo County, in the District of New Mexico, the defendant, **DERRICK BLACK,** unlawfully, knowingly and intentionally distributed a mixture and substance containing a detectable amount of 1-(5-fluoropentyl)-3-(1-naphthoyl)indole (AM-2201), a Schedule I controlled substance analogue as defined in Title 21, United States Code, Section 802(32), intended for human consumption as provided in Title 21, United States Code, Section 813.

In violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C).

## Count 5

On or about March 28, 2012, in Bernalillo County, in the District of New Mexico, the defendant, **DERRICK BLACK,** unlawfully, knowingly and intentionally distributed a mixture and substance containing a detectable amount of 1-(5-fluoropentyl)-3-(1-naphthoyl)indole (AM-2201), a Schedule I controlled substance analogue as defined in Title 21, United States Code, Section 802(32), intended for human consumption as provided in Title 21, United States Code,

3

Section 813.

In violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C).

## FORFEITURE ALLEGATION

Counts 1 through 5 of this Indictment are incorporated as part of this section of the indictment as if fully re-alleged herein for the purpose of alleging forfeiture to the United States pursuant to 21 U.S.C. § 853.

Upon conviction of any offense in violation of 21 U.S.C. §§ 841 or 846, the defendants, **IRA STOCKTON, NATHAN COCCIMIGLIO, ADAM STOCKTON, JAMES ROBERTSON, SCOTT CRAWFORD, and DERRICK BLACK**, shall forfeit to the United States pursuant to 21 U.S.C. § 853 any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of each offense for which the Defendants are convicted, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the said offenses.

The property to be forfeited to the United States includes but is not limited to the following:

## MONEY JUDGMENT

A sum of money equal to at least $6,043,171.49 in United States currency, including any interest accruing to the date of the judgment, representing the amount of money derived from or involved in the offenses, or traceable to property involved in the offenses, for which the Defendants are jointly and severally liable.

A TRUE BILL:

_____/s/_____
FOREPERSON OF THE GRAND JURY

_____
Assistant United States Attorney

_____
02/27/13  9:27am

5